In the Matter of a Special Meeting of Stockholders of FARMERS AND TRADERS LIFE INSURANCE COMPANY. JOHN O. YOUNG et al., Appellants; FARMERS AND TRADERS LIFE INSURANCE COMPANY et al., Respondents.— Appeal dismissed, with $10 motion costs for failure to comply with previous order.

SALVATORE R. INSALACO, Appellant, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation.

LENA C. INSALACO, Appellant, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation.

BRUCE COX, Respondent, v. DULUTH STEAMSHIP COMPANY, Appellant.-- Appeal dismissed, without costs, upon stipulation.

HARRY K. ANNIN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31195.) — Appeal dismissed, without costs, upon stipulation. [206 Misc. 24.]

SYRACUSE TRUST COMPANY, Respondent, v. CARLIFLO SHEPARD, Respondent, and MILO J. SHEPARD, as Executor, Appellant.— Appeal dismissed, without costs, upon stipulation.

FLORENCE STRANG, Appellant, v. STATE OF NEW YORK et al., Respondents. (Claim No. 32645.) GLADYS MCCABE, Appellant, v. STATE OF NEW YORK et al., Respondents. (Claim No. 32646.) ALBERT STRANG, Appellant, v. STATE OF NEW YORK et al., Respondents. (Claim No. 32647.) LEWIS B. MCCABE, Appellant, v. STATE OF NEW YORK et al., Respondents. (Claim No. 32648.) — Appeals dismissed, without costs, upon stipulation. [206 Misc. 734.]

MARGARET REED, Respondent, v. EVERETT F. REED, Appellant.— Motion granted and appeal dismissed, with costs, together with $10 motion costs. [See *post*, p. 1221.]

RAYMOND DEL PAPA, Appellant, v. ADAM PAVICK et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BUNYON WILLIAMS, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALVIN R. KOLZ, Appellant.— Motion granted and appeal dismissed.

HENRY A. CAPPELLI, Appellant, v. HANNAH HATFIELD, Respondent.— Motion granted and appeal dismissed, without costs.